IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TITAN INDEMNITY COMPANY  :

        Plaintiff  :

v.  :  Civil Action No.:8:15-CV-02480-

GAITAN ENTERPRISES, INC., ET AL  :

---

**DEFENDANTS BEATRICE COOK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LEROY COOK, RAYMOND JOHNSON, JR., DEBORAH QUATERMAN, LORETTA PHELPS, VICTOR COOK, DAPHNE COOK, DAWN COOK, AND LASHAWN COOK DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii)

Defendants seek non-monetary relief as follows:

(1) That the Court find that there is coverage under the Titan Policy for any liability arising out the Cook suit and/or the occurrence of June 19, 2012; and

(2) That Titan has a duty to defend Gaitan Enterprises, Inc. or Marvin Gaitan in the Cook suit; and

(3) Titan does have duties and obligations under the MCS-90 endorsement with respect to claims and suits arising out of the Cook suit; and

(4) Such other relief to which Defendants may be justly entitled.

THE JAKLITSCH LAW GROUP

_____
Deborah L. Potter
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-8700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2015 a copy of the foregoing Disclosure was e-served and mailed, postage prepaid, via first-class mail, to David B. Stratton, Esquire, 10509 Judicial Drive, Suite 200 Fairfax, Virginia 22030.

*Deborah L. Potter*

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772

(301) 627-8700